denied, and petition for writ of certiorari to the Court of Appeals of Texas, Eleventh District, dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

## No. 11-6143. Byron Elroy Crutcher, Petitioner v. Nevada.

565 U.S. 973, 132 S. Ct. 514, 181 L. Ed. 2d 344, 2011 U.S. LEXIS 7664.

October 31, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of Nevada dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

Same case below, 127 Nev. 1128, 373 P.3d 907.

## No. 11-6265. Otha Eric Townsend, Petitioner v. Sharon Jacks.

565 U.S. 974, 132 S. Ct. 520, 181 L. Ed. 2d 344, 2011 U.S. LEXIS 7641.

October 31, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

Same case below, 417 Fed. Appx. 577.

## No. 11-6657. Muhammad Jalal-Deem Akbar, Petitioner v. Brian Jett, Warden.

565 U.S. 974, 132 S. Ct. 539, 181 L. Ed. 2d 344, 2011 U.S. LEXIS 7642.

October 31, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

Same case below, 429 Fed. Appx. 627.

## No. 11M37. Yong I. Lee and Chun S. Chang, Petitioners v. Central Presbytery of the Korean Presbyterian Church of America.

565 U.S. 975, 132 S. Ct. 542, 181 L. Ed. 2d 344, 2011 U.S. LEXIS 7719.

October 31, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 403 Ill. App. 3d 1098, 373 Ill. Dec. 146, 993 N.E.2d 146.

## No. 11M38. Yong I. Lee, Petitioner v. Central Presbytery of the Korean Presbyterian Church of America.

565 U.S. 975, 132 S. Ct. 542, 181 L. Ed. 2d 344, 2011 U.S. LEXIS 7897.

October 31, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 403 Ill. App. 3d 1098, 373 Ill. Dec. 146, 993 N.E.2d 146.

## No. 11M39. Jerry Michael Smith, Petitioner v. Richard Kirkland, Warden, et al.

565 U.S. 975, 132 S. Ct. 542, 181 L. Ed. 2d 344, 2011 U.S. LEXIS 7905.

October 31, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.